```
                    UNITED STATES BANKRUPTCY COURT
                     EASTERN DISTRICT OF MISSOURI
                           EASTERN DIVISION
```

In re:                              ) CASE NO: 10-52378-659  Chapter 13
    MICHAEL HUDSON                  )
                                    ) Trustee's Objection to Confirmation
    STEPHANIE HUDSON                )
                                    ) Original confirmation hearing
                        Debtor(s)   ) set for Jan 06, 2011 10:00 AM

**TRUSTEE'S OBJECTION TO CONFIRMATION OF 1ST AMENDED PLAN**

    **COMES NOW** John V. LaBarge, Jr., Standing Chapter 13 Trustee, and for his objection to confirmation states as follows:

1. The plan is ambiguous or incapable of ascertainment (11 U.S.C. Secs. 1321 & 1325(a)(3)) because:
   Amended Schedule J adds a $300 per month charitable contribution expense, but the Statement of Affairs states Debtors do not make contributions. The Trustee requires verification of past contributions of $300 per month.
2. The Trustee requires a business income and expense statement from January 2010 to present. The amended Schedules I and J show net income, while the original I and J showed a significant monthly loss.

    **WHEREFORE** the Trustee prays the Court enter its order denying confirmation of the proposed plan.

                                                          /s/ John V. LaBarge, Jr.

DSD-351                                         ---------------------------------
                                                      John V LaBarge Jr
Copy served on the following either   Chapter 13 Trustee
through the Court's ECF system or by  P.O. Box 430908
ordinary mail on December 28, 2010 :  St. Louis, MO 63143   (314) 781-8100
                                                  trust33@ch13stl.com   Fax:(314) 781-8881

ROBERT E FAERBER
230 S BEMISTON
STE 600
CLAYTON MO  63105

MICHAEL & STEPHANIE HUDSON
5356 THEODOSIA
ST LOUIS MO  63112